MARIE T. BATA, Respondent, v. BATA, a.s., Appellant. SVIT NATIONAL CORPORATION, Intervener.— No opinion. Present — Glennon, J. P., Dore, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of 161 COLUMBUS AVENUE CORPORATION, Appellant. SAMUEL VAROB et al., Respondents.— We do not pass upon the question as to whether the trial court might make any provision for modification of the increased rents in the event that there be proof that after a given date the rent from the entire premises would furnish a reasonable return without any increase from the present tenants. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

HAROLD FEIN et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.